| | |
|---|---|
| 1 | Rebecca A. Davis-Stein, Esq., Bar No.193141 |
| 2 | rds@steinlawcorp.com |
| | ANDREW D. STEIN & ASSOCIATES |
| 3 | 470 South San Vicente Blvd., Second Floor |
| | Los Angeles, CA 90048 |
| 4 | Phone: (323) 852-1507; Fax:(323) 852-0104 |
| 5 | Attorneys for Plaintiff |
| 6 | ROGER ANDREWS |
| 7 | Margaret H. Gillespie, Bar No.150072 |
| | mgillespie@littler.com |
| 8 | Bradford N. Paul, Bar No. 275671 |
| | bpaul@littler.com |
| 9 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 10 | Los Angeles, CA  90067-3107 |
| 11 | Phone: 310.553.0308;  Fax: 310.553.5583 |

Attorneys for Defendants
ANDREWS INTERNATIONAL, INC.
AND U.S. SECURITY HOLDINGS INC.

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ANDREWS, an individual, | Case No.  2:14-CV-03207-ODW VBKx |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER PURSUANT TO PARTIES' STIPULATION** |
| U.S. SECURITY HOLDINGS, INC., a Delaware Corporation, dba U.S. SECURITY ASSOCIATES, INC.,ANDREWS INTERNATIONAL, INC., a Delaware Corporation, dba ANDREWS INTERNATIONAL, LLC., DOES 1 through 75, inclusive, | |
| Defendants. | Complaint Filed:  March 17, 2014 |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ANDREWS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. SECURITY HOLDINGS, INC., a Delaware Corporation, dba U.S. SECURITY ASSOCIATES, INC.,ANDREWS INTERNATIONAL, INC., a Delaware Corporation, dba ANDREWS INTERNATIONAL, LLC., DOES 1 through 75, inclusive,<br><br>  Defendants. | Case No.  2:14-CV-03207-ODW VBKx<br><br>**PROTECTIVE ORDER PURSUANT TO PARTIES' STIPULATION**<br><br><br>Complaint Filed:  March 17, 2014 |

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT the Parties Stipulation For Protective Order, attached hereto as an Exhibit is hereby entered in its entirety as the order of this Court.  1.) Follow L.R. 79-5; and 2.) This order is not applicable to pre-trial motions and trial. Applications to maintain confidentiality of information and /or documents in such proceedings will be directed in a timely fashion to the District Judge.

Dated:  October 8, 2014

/S/
HON. VICTOR B. KENTON
United States District Court
Magistrate Judge

Respectfully submitted,

/ s /

MARGARET H. GILLESPIE
LITTLER MENDELSON, P.C.

Attorneys for Defendants
ANDREWS INTERNATIONAL, INC. and U.S. SECURITY HOLDINGS INC.